# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| ARTURO GUZMAN, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:15-cv-44 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Petitioner Arturo Guzman ("Guzman") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 while he was housed at D. Ray James Correctional Facility in Folkston, Georgia. Dkt. No. 1. Respondent moved to dismiss the Petition as moot, because Guzman had been released from the Bureau of Prisons' custody. Dkt. No. 20. Then, on March 10, 2016, Guzman filed a Motion for voluntarily dismissal in which he sought to "denounce or void" his Petition and dismiss this case. Dkt. No. 30.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court hereby **GRANTS** Petitioner's Motion to Dismiss, dkt. no. 30, and **DISMISSES** this case. All other pending Motions are

**DISMISSED** as moot, and the Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 21 day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA